FORM 8. Entry of Appearance

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Bristol-Myers Squibb Company  v.  Teva Pharmaceuticals USA, Inc.

No. 2013-1306

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

\_\_\_\_\_Pro Se    ✓ As counsel for:   Bristol-Myers Squibb Company
                                       Name of party

I am, or the party I represent is (select one):

\_\_\_\_\_Petitioner   \_\_\_\_\_Respondent   \_\_\_\_\_Amicus curiae   \_\_\_\_\_Cross Appellant
✓ Appellant   \_\_\_\_\_Appellee   \_\_\_\_\_Intervenor

As amicus curiae or intervenor, this party supports (select one):

\_\_\_\_\_Petitioner or appellant   \_\_\_\_\_Respondent or appellee

My address and telephone are:

- Name: William F. Lee
- Law firm: Wilmer Cutler Pickering Hale and Dorr LLP
- Address: 60 State Street
- City, State and ZIP: Boston, MA 02109
- Telephone: (617) 526-6000
- Fax #: (617) 526-5000
- E-mail address: William.Lee@wilmerhale.com

Statement to be completed by counsel only (select one):

✓ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

\_\_\_\_\_ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

\_\_\_\_\_ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 04/27/1984

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

\_\_\_\_\_Yes   ✓No

\_\_\_\_\_A courtroom accessible to the handicapped is required if oral argument is scheduled.

04/18/2013                        /s/ William F. Lee
Date                              Signature of pro se or counsel

cc: John C. Phillips, Jr.